UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                              Criminal No. 13-cr-35-JD

Robert Frese

PROCEDURAL ORDER

    This matter came before the court for sentencing today. The court indicated that after having reviewed the presentence investigation report, memoranda, and letters, it would be helpful in understanding the defendant's mental condition for the court to have more information than is currently available to it.

    Therefore, with the agreement of counsel and the defendant, pursuant to 18 United States Code § 3552(c), the defendant shall be examined by Dr. Albert Drukteinis, on an outpatient basis, for the purposes of determining his current mental health diagnosis, his current course of treatment, his prognosis under the current treatment plan, any recommendation for an alternative treatment plan, his prognosis if incarcerated briefly (30 days), his prognosis if incarcerated for a longer period of time (up to 15 months), and any risk that the defendant may present to the community for ongoing criminal activity. The court requests the examiner, to the extent he is able, to include opinions concerning sentencing alternatives that could best provide the

defendant with the kind of treatment he needs given his current mental condition.  The examiner may include any other information or opinions concerning the defendant's mental condition that he determines may be relevant to the sentencing process.

Defense counsel shall take the necessary steps to see that Dr. Drukteinis is provided with whatever medical and counseling records of the defendant that he deems necessary to this evaluation.

Upon completion of the examination and report, the examiner shall file a copy with the court and provide copies to counsel for the government and the defendant.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

August 8, 2013

cc: Robert M. Kinsella, Esquire
    Jeffrey S. Levin, Esquire